IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 5:22-cv-00185-H |

## NOTICE OF APPEAL

Notice is hereby given that all Defendants in the above-named case hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Memorandum Opinion and Order dated August 23, 2022 (ECF No. 73).

Dated: October 21, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

ERIC BECKENHAUER
Assistant Director, Federal Programs Branch

/s/ *Christopher R. Healy*
CHRISTOPHER R. HEALY
KATE TALMOR
ALEXANDER ELY
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 514-8095
Email: Christopher.Healy@usdoj.gov

*Counsel for Defendants*