

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 514-8100

Via CM/ECF

November 8, 2022

Mr. Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

    RE:   *State of Texas v. Becerra*, No. 22-11037 (5th Cir.)

Dear Mr. Cayce:

    I write pursuant to Fifth Circuit Rule 31.4.3.1 to respectfully request a Level 1 extension of 30 days for the federal government's opening brief in the above-captioned appeal. The opening brief is currently due on December 7, 2022, and we are requesting an extension to and including January 6, 2023. Natalie Thompson and Ryan Bangert, counsel of record for appellees, do not oppose this extension request.

    Good cause exists for this extension of time in light of ongoing proceedings in district court that will inform the scope of proceedings in this appeal. On September 1, 2022, the federal government filed a motion in district court to clarify the scope of the preliminary injunction order at issue. Dkt. No. 86. The merits of the clarification motion have been fully briefed, and the parties have been directed to file additional briefs on November 10, 2022 regarding the district court's jurisdiction to resolve the motion. Dkt. No. 95. The requested extension is necessary to ensure that, in preparing the federal government's opening brief, counsel will have adequate time to take account of the district court's ruling on the pending clarification motion and to coordinate review with interested agencies and components of the federal government.

    Thank you for your attention to this matter.

                                                 Sincerely,

          */s/ McKaye L. Neumeister*
          McKaye L. Neumeister
          Attorney, Appellate Staff
          Civil Division

cc:    All counsel (via CM/ECF)