# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 22, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 22-11037    State of Texas v. Becerra
                     USDC No. 5:22-CV-185

Enclosed is an order entered in this case.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                *Melissa Mattingly*

                        By: _____
                        Melissa V. Mattingly, Deputy Clerk
                        504-310-7719

Mr. Ryan L. Bangert
Ms. Julie Marie Blake
Mr. Matthew Scott Bowman
Mr. Nicholas S. Crown
Mr. Christopher D. Hilton
Ms. Karen S. Mitchell
Ms. McKaye Lea Neumeister
Mr. Michael S. Raab
Ms. Natalie Deyo Thompson