# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-11037

---

State of Texas; American Association of Pro-Life Obstetricians & Gynecologists; Christian Medical & Dental Associations,

*Plaintiffs—Appellees*,

*versus*

Xavier Becerra; United States Department of Health and Human Services; Centers for Medicare and Medicaid Services; Karen L. Tritz; David R. Wright,

*Defendants—Appellants*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:22-CV-185

---

ORDER:

IT IS ORDERED that Appellants' unopposed motion to stay the case pending district court proceedings is GRANTED.

_____
Patrick E. Higginbotham
*United States Circuit Judge*