IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

| | |
|---|---|
| STATE OF TEXAS; AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS & GYNECOLOGISTS; and CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; CENTERS FOR MEDICARE & MEDICAID SERVICES (CMS); KAREN L. TRITZ, in her official capacity as Director of the Survey and Operations Group for CMS; DAVID R. WRIGHT, in his official capacity as Director of the Quality Safety and Oversight Group for CMS,<br><br>Defendants-Appellants. | No. 22-11037 |

## STATUS REPORT

On December 22, 2022, this Court granted Defendants-Appellants' unopposed motion to stay this appeal, which arises from the grant of a preliminary injunction, pending district court proceedings. Defendants-Appellants submit this status report regarding those proceedings.

1. On December 20, 2022, the district court issued a partial final judgment under Federal Rule of Civil Procedure 54(b) "for the reasons stated in the Court's

1

Memorandum Opinion and Order granting Plaintiffs' Motion for Preliminary Injunction." Dkt. No. 106 at 1. The district court also stayed Plaintiffs-Appellees' remaining claims pending resolution of any appeal from the Rule 54(b) judgment. *Id.*

2. On January 6, 2023, Plaintiffs-Appellees timely filed an unopposed motion under Federal Rule of Civil Procedure 60(a) or, in the alternative, Rule 59(e), to correct or otherwise amend the judgment to include decretal language from the preliminary injunction order. Dkt. No. 108. While pending, this motion tolled the time to file a notice of appeal from the Rule 54(b) judgment. *See* Fed. R. App. P. 4(a)(4)(A).

3. On January 13, 2023, the district court resolved Plaintiffs-Appellees' motion and entered an amended judgment, which now includes decretal language from the preliminary injunction order. Dkt. No. 109. The deadline to notice an appeal from the amended judgment is March 14, 2023. *See* Fed. R. App. P. 4(a)(1)(B), (a)(4)(A).

Defendants-Appellants will provide an additional update within 30 days of this filing.

          Respectfully submitted,

            MICHAEL S. RAAB
              (202) 514-4053
            MCKAYE L. NEUMEISTER
              (202) 514-8100

          <u>s/ Nicholas S. Crown</u>
            NICHOLAS S. CROWN
              (202) 993-5192
          *Attorneys, Appellate Staff*
          *Civil Division*
          *United States Department of Justice*
          *950 Pennsylvania Ave., N.W., Rm. 7325*
          *Washington, D.C. 20530*

JANUARY 2023

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2023, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system and that counsel for the parties will be served through that system.

                                        s/Nicholas S. Crown
                                        NICHOLAS S. CROWN