IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF TEXAS; AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS & GYNECOLOGISTS; and CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; CENTERS FOR MEDICARE & MEDICAID SERVICES (CMS); KAREN L. TRITZ, in her official capacity as Director of the Survey and Operations Group for CMS; DAVID R. WRIGHT, in his official capacity as Director of the Quality Safety and Oversight Group for CMS,<br><br>Defendants-Appellants. | No. 22-11037 |

**APPELLANTS' UNOPPOSED MOTION TO DISMISS APPEAL**

Under Federal Rule of Appellate Procedure 42(b), defendants-appellants move to dismiss this appeal, with each party to bear its own costs.

This interlocutory appeal of a preliminary injunction is moot in light of the district court's Amended Final Judgment and injunction. *See* Dkt. No. 109; *see also Grupo Mexicano de Desarrollo S.A. v. All. Bond Fund, Inc.*, 527 U.S. 308, 314 (1999) ("Generally, an appeal from the grant of a preliminary injunction becomes moot when the trial court

1

enters a permanent injunction, because the former merges into the latter."); *SEC v. First Fin. Grp. of Texas*, 645 F.2d 429, 433 (5th Cir. 1981) ("A preliminary injunction remains in effect until a final judgment is rendered. Once an order of permanent injunction is entered . . . the order of preliminary injunction is merged with it, and appeal is proper only from the order of permanent injunction." (citation omitted)).

    Plaintiffs-appellees do not oppose this motion.

Respectfully submitted,

MICHAEL S. RAAB
  (202) 514-4053
MCKAYE L. NEUMEISTER
  (202) 514-8100

s/ Nicholas S. Crown
NICHOLAS S. CROWN
  (202) 993-5192
*Attorneys, Appellate Staff*
*Civil Division*
*United States Department of Justice*
*950 Pennsylvania Ave., N.W., Rm. 7325*
*Washington, D.C. 20530*

JANUARY 2023

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2023, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system and that counsel for the parties will be served through that system.

                                                    s/Nicholas S. Crown
                                                    NICHOLAS S. CROWN