# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 26, 2023

Ms. Karen S. Mitchell
Northern District of Texas, Lubbock
United States District Court
1205 Texas Avenue
Room C-209
Lubbock, TX 79401

    No. 22-11037    State of Texas v. Becerra
                          USDC No. 5:22-CV-185

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa B. Courseault, Deputy Clerk
504-310-7701

cc w/encl:
    Mr. Ryan L. Bangert
    Ms. Julie Marie Blake
    Mr. Matthew Scott Bowman
    Mr. Nicholas S. Crown
    Mr. Christopher D. Hilton
    Ms. McKaye Lea Neumeister
    Mr. Michael S. Raab
    Ms. Natalie Deyo Thompson