# United States Court of Appeals for the Fifth Circuit

No. 22-11037

State of Texas; American Association of Pro-Life Obstetricians & Gynecologists; Christian Medical & Dental Associations,

*Plaintiffs—Appellees*,

*versus*

Xavier Becerra; United States Department of Health and Human Services; Centers for Medicare and Medicaid Services; Karen L. Tritz; David R. Wright,

*Defendants—Appellants*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:22-CV-185

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of January 26, 2023, pursuant to appellant's motion.

No. 22-11037

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Melissa B. Courseault, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Jan 26, 2023**

**Clerk, U.S. Court of Appeals, Fifth Circuit**